HENRY ELSWORTH GREGORY, Respondent, v. REBECCA RACHLIN, Also Known, etc., and BERTHA KATZEN, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.; Merrell, J., dissents.

MAX PSATY, Respondent, v. FIFTH AVENUE AND NINETY-THIRD STREET CORPORATION and ANTHONY CAMPAGNA, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within ten days from service of order. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

UNITED STATES FIDELITY AND GUARANTY COMPANY, Respondent, v. CHARLES FISHMAN, Appellant, Impleaded with Another.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

FRANK D. DUFFIELD v. LAWSON & MACMURRAY, INC.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch and McAvoy, JJ.

ABRAHAM SCHWARTZ, an Infant, etc., v. SOPHIE STAVISH and Another.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

41ST ST. BUS TERMINAL, INC., v. JOHN KLINGER, Impleaded with Others.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

PATULLO, INC., v. B. & S. STEIN & EVANS, INC., and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

EDYTHE PHILLIPS v. DORIS REID, INC., Impleaded with Others.— Motion to dismiss appeal denied. Present — Dowling, P J., Merrell, Finch, McAvoy and Sherman, JJ.

MILLER-ASCHHEIM COMPANY, INC., v. DALTON & BALCH, INC.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MELVILLE BLUM v. CHRIS A. FRENCH, Also Known as C. A. FRENCH.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MANHATTAN ELECTRICAL SUPPLY CO., INC., v. EMANUEL ZIMMET.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LEW GOLDBETTER and Another.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ABRAHAM KRAMER.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Application of HARRY G. FROMBERG, as Committee of the Estate of PETER FARAS, an Incompetent Person.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.